FILED

12/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0514

_____

IN RE THE PARENTING OF:
C.N.L.,

    a Minor Child,

AMANDA L. TOMLINSON, n/k/a AMANDA
PIERRE,

                                           O R D E R

        Petitioner and Appellant,

    and

JAMES D. LUKE,

        Respondent and Appellee.

_____

Upon consideration of Appellee's motion for an extension of time to file the response brief and good cause appearing therefore

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including January 13, 2023, within which to prepare, serve and file the response brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2022